UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CHAPMAN, | No. 2:16-cv-2108 GEB GGH P |
| Petitioner, | |
| v. | ORDER |
| J. PRICE, | |
| Respondent. | |

    Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This court dismissed the petition without prejudice as successive, and declined to issue a certificate of appealability.  The court declined to rule on petitioner's application to proceed in forma pauperis. (ECF Nos. 6, 8.)  Petitioner has appealed and has filed a motion to proceed in forma pauperis on appeal.  The motion is denied.

    A party who was permitted to proceed in forma pauperis in the district court may proceed in forma pauperis on appeal without further authorization unless the district court certifies that the appeal is not taken in good faith.  Fed. R.App. P. 24(a)(3).  In the instant case, the court did not rule upon the in forma pauperis application.  Thus, petitioner is not automatically entitled to proceed in forma pauperis on appeal.

    Regardless, Fed. R.App. P. 24(a)(3)(A) provides for the denial of an in forma pauperis application if "the district court--before or after the notice of appeal is filed--certifies that the

1  appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in
2  forma pauperis and states in writing its reasons for the certification or finding."
3       In the instant case, the court finds that this appeal is not taken in good faith, for the
4  reasons stated in the findings and recommendations, (ECF No. 6), and in the district court's order
5  adopting them.  (ECF No. 8.)
6       Accordingly, IT IS HEREBY ORDERED that:
7       1. Petitioner's motion to proceed in forma pauperis on appeal (ECF No. 13) is denied;
8       2. The Clerk of the Court shall notify the Ninth Circuit Court of Appeals of this order.
9  Dated:  December 5, 2016

             /s/ Gregory G. Hollows
             UNITED STATES MAGISTRATE JUDGE

Chap2108.ifp-app